UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUONG MACH TIEU, | No. 2:23-cv-2858 AC P |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Respondents. | |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has not, however, filed an in forma pauperis application or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate application in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an application in support of a request to proceed in forma pauperis or the appropriate filing fee.  Failure to comply with this order will result in a recommendation that this action be dismissed.

////

////

////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: December 20, 2023

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE