HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
CAROLYN WIGGIN, #182732
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Carolyn_wiggin@fd.org**Error! Bookmark not defined.**

Attorney for Defendant
CUONG MACH TIEU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUONG MACH TIEU,<br><br>          Petitioner,<br><br>     vs.<br><br>S. SALMONSON, WARDEN FCI HERLONG, ET AL.,<br><br>          Respondents. | Case No. 2:23-cv-02858-DJC-AC<br><br>ORDER |

**IT IS HEREBY ORDERED** that in light of Petitioner's withdrawal of his Motion for a Temporary Restraining Order, the briefing schedule set in this Court's minute order at ECF No. 13 is no longer necessary and is therefore **VACATED**.

///

**IT IS HEREBY FURTHER ORDERED as follows:**

As to the underlying first amended petition, for purposes of judicial economy, the Court enters the parties' stipulation as follows: (1) the matter shall be referred to the previously assigned magistrate; (2) Petitioner may file a second amended petition on or before April 4, 2025; (3) Respondent shall file an answer or a motion to dismiss, even if Petitioner elects not to file a second amended petition, on or before May 5, 2025; and (4) Petitioner's traverse, if any, is due on or before May 15, 2025.

Dated:  March 21, 2025                               /s/ Daniel J. Calabretta
                                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                                    UNITED STATES DISTRICT JUDGE