MICHELE BECKWITH
Acting United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUONG MACH TIEU,<br><br>                Petitioner,<br><br>      v.<br><br>USA, ET AL.,<br><br>                Respondents. | CASE NO. 2:23-CV-02858-DJC-AC<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S PETITION PURSUANT TO 28 U.S.C. § 2241;<br>ORDER |

**STIPULATION**

Respondents by and through its counsel of record, and the Petitioner, by and through his counsel of record, hereby stipulate as follows:

1. On April 3, 2025, Petitioner filed a Second Amended Petition for Habeas Corpus relief pursuant to 28 U.S.C. § 2241. ECF 18. The response is currently due May 5, 2025.

2. Counsel for the Respondent requests additional time to finish drafting its response. Petitioner does not oppose the Respondent's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court reset the briefing schedule on the Petitioner's § 2241 petition as follows:

    a) The Respondent's response to the Petitioner's second amended § 2241 petition is to be filed on or before May 9, 2025;

    b) The Petitioner's reply to the Respondent's response to be filed on or before June 9, 2025.

IT IS SO STIPULATED.

Dated: May 5, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ *Michelle Rodriguez*
MICHELLE RODRIGUEZ
Assistant United States Attorney

HEATHER E. WILLIAMS
FEDERAL DEFENDER

Dated: May 5, 2025

/s/ *Carolyn Wiggin*
CAROLYN WIGGIN
Attorneys for Petitioner
Cuong Mach Tieu

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Petitioner's § 2241 petition:

a) The Respondent's response to the Petitioner's second amended § 2241 petition is now due on or before May 9, 2025;

b) The Petitioner's reply to the Respondent's response, if any, is due on or before June 9, 2025.

IT IS SO FOUND AND ORDERED this 5th day of May, 2025.

/s/ Daniel J. Calabretta
HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE