UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CUONG MACH TIEU,

Petitioner,

v.

S. SALMONSON, et al.,

Respondents.

No. 2:23-cv-02858 DJC AC

ORDER

Petitioner, a former federal inmate proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 27, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 25. No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 25) are adopted in full;
2. Petitioner's Second Amended Petition for a Writ of Habeas Corpus (ECF No. 18) is DENIED as MOOT based on petitioner's release from BOP custody;
3. Respondents' motion to dismiss (ECF No. 21) is DENIED as MOOT; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 13, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

AC/ks.tieu2858.2241.imm.jo